PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brenda Graves                                                Cr.: 02-00822-06

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 01/12/05

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base and Heroin

Original Sentence: 3 years probation, drug evaluation/treatment, and collection of DNA

Type of Supervision: Probation                                         Date Supervision Commenced: 01/12/05

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

PROB 12B - Page 2
Brenda Graves

## CAUSE

On April 3, 2007, the offender was arrested by Fair Lawn, New Jersey Police Department for shoplifting. She was in possession of approximately $129.71 worth of merchandise. On July 27, 2007, the offender appeared in Fair Lawn Municipal Court and pled guilty to an amended charge of Disorderly Conduct and was ordered to pay a court costs and fines in the amount of $564. The offender never notified the probation office regarding her arrest and conviction. Further investigation revealed the offender left the District of New Jersey without permission from August 9, 2007 to August 12, 2007.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 08/22/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/12/07
Date

Dennis M. Cavanaugh
U.S. District Judge